# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER SANDERS, SR., | Case No. 18-CV-2888 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| DISTRICT OF MINNEAPOLIS, | |
| Defendant. | |

The Court has received the November 28, 2018 Report and Recommendation of United States Magistrate Judge Tony N. Leung. [ECF No. 4.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 4] is ACCEPTED; and

2. This action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 24, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge